UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID JAMES EGGMAN,

Plaintiff,

v.

RUSS MILLER, et al.,

Defendants.

Case No. 19-cv-06982-EMC

**ORDER OF TRANSFER**

Plaintiff, an inmate at Calipatria State Prison, filed this *pro se* civil rights action under 42 U.S.C. § 1983, complaining that his attorney committed malpractice during his representation of Plaintiff in a criminal trial in the Sacramento County Superior Court. Sacramento County is within the venue of the Eastern District of California. Defendant, whose listed work address is in Sacramento, apparently resides in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint are alleged to have occurred in, the Northern District. Venue therefore would be proper in the Eastern District, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter.

**IT IS SO ORDERED**.

Dated: February 6, 2020

_____
EDWARD M. CHEN
United States District Judge